MARY C. DONALDSON v.
BOARD OF EDUCATION OF CITY OF NORTH WILDWOOD.

September 21, 1971. Petition for certification granted.
(See 115 *N. J. Super.* 228)

SHIRLEY J. HILL, *ETC.* v. AMERICAN CYANAMID COMPANY.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MONROE, *ET AL.*

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE JOHNSON.

September 21, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. PETER F. FOLEY.

September 21, 1971. Petition for certification denied.

THOMAS LUDLOW v.
U. SAMUEL VUKCEVICH, SUPERINTENDENT, *ETC.*

September 21, 1971. Petition for certification denied.